[No. 62138-6-I.   Division One.   August 31, 2009.]

PHELPS AUTOBROKERS, LLC, *Respondent*, v. BRIAN WILLIAM DAVIES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-01713-1, Linda C. Krese, J., entered July 14, 2008. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Becker and Lau, JJ.